# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                     NO. 2022 KW 1251

VERSUS

DONALD BOYLE                                      **JANUARY 17, 2023**

---

In Re:    Donald Boyle, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          0400-F-2019.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                              **MRT**
                              **WRC**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

a.sn

DEPUTY CLERK OF COURT
   FOR THE COURT